530 April 2, 2025 No. 309

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RYAN JAMES JACKSON,
*Defendant-Appellant.*

Lane County Circuit Court
23CN02236, 23CR09790; A181858 (Control), A181883

R. Curtis Conover, Judge.

Submitted on February 25, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Sara F. Werboff, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Megan Mizuta, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, Kamins, Judge, and Jacquot, Judge.

PER CURIAM

Affirmed. *State v. Corkill*, 262 Or App 543, 553, 325 P3d 796, *rev den*, 355 Or 751 (2014).